Exhibit A to the Complaint

**Location:** Dallas, TX  
**Total Works Infringed:** 42  
**IP Address:** 75.8.96.200  
**ISP:** AT&T U-verse

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 88E525CEE413101B4C7106C0C5AB49DF8C36F87F<br>File Hash: 89F8641ABF9643629960E3592AB22CCBFEE3A462699E66D01979D127DD051B01 | 04-20-2021 18:10:18 | Blacked | 06-09-2017 | 07-07-2017 | PA0002070825 |
| 2 | Info Hash: 4F66CB8B23BA0087866331E186EA7328DB385A98<br>File Hash: BE714DD8AC36D4709A15AB6D27BBB8C4AC9EC993D42FD57760692FCABCA6842A | 04-19-2021 18:03:26 | Vixen | 03-25-2018 | 04-17-2018 | PA0002116726 |
| 3 | Info Hash: D75C4212C94EACD789D6AA48F9EDD3AEE3170037<br>File Hash: 7D0FCEF817970BFFDC6B8431ED2135D065F87B4338E3B98A3856BB602AE08E19 | 04-19-2021 18:02:30 | Vixen | 10-21-2017 | 11-30-2017 | PA0002098006 |
| 4 | Info Hash: 67D95FCED9B00C108A63588568A4B4CC34737EE5<br>File Hash: 2F08A480A39A433B92CB7BE753ED72122DDC6A8669D61337B266203F90B0E8D4 | 04-19-2021 18:00:42 | Blacked | 07-09-2018 | 08-07-2018 | PA0002131818 |
| 5 | Info Hash: 35824768BF7B365F1CA830E078527B52C12DC631<br>File Hash: 0D47CA7EADAD4AD86D9DDB137C67D0B6B7272D733210F25B5986898F75A26F8A | 04-19-2021 18:00:18 | Tushy | 08-19-2018 | 09-05-2018 | PA0002134998 |
| 6 | Info Hash: E2BB05E86116A0CDAD606375C7B9C9EB44B6F769<br>File Hash: 31382C19D0B2EDBD00250E62E5F055C9A09921F1CA2BB18494E6CC89BFFB9BE1 | 04-19-2021 17:57:53 | Blacked | 02-04-2019 | 03-24-2019 | PA0002183208 |
| 7 | Info Hash: D688340236811F64E8637A5AFF159570F1648994<br>File Hash: 8F058136272BF47AE4215CB2C7439D489FF4E8E92AAD2E8DDDEBCE6296E789AD | 04-19-2021 17:46:16 | Blacked | 09-22-2019 | 10-07-2019 | PA0002205469 |
| 8 | Info Hash: 7F06F0E07A10143EB2C8673FADA7B21358A4AB2D<br>File Hash: 8730E641DB888136CD4E9A1EA37C129852A6999082620E5C071F489A6055E333 | 04-19-2021 17:37:19 | Blacked | 12-01-2019 | 12-17-2019 | PA0002217663 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: F518524A3E8B5819DB451A88F725D979F728EC34<br>File Hash: 214831A9AE0BDE41D7CC70624EDBDC1409C5DCDC9C98B7E89CCFD1662F95A0E7 | 04-19-2021 17:23:13 | Vixen | 08-12-2018 | 09-01-2018 | PA0002119680 |
| 10 | Info Hash: 3981818C672261E5A1A0D5B561F7A7FEF98A7805<br>File Hash: 35C429C3F1AF53B7D00E899665896B85A9252E0DFB8DF5CEF31D564AF0FBA1F0 | 04-19-2021 17:17:34 | Blacked | 09-22-2018 | 11-01-2018 | PA0002143419 |
| 11 | Info Hash: D0EEAC4F4929D503CEFAF291FD54DB4E584FA615<br>File Hash: 6B3B82008612985EED39040BF68FB6DAD645C29A3D97BEAA14204DD4D6D7EA0E | 04-18-2021 20:31:14 | Blacked | 01-10-2018 | 01-15-2018 | PA0002070942 |
| 12 | Info Hash: F4D697D4CD5A5F484EB93A61F939FD0A7CC52A1F<br>File Hash: 8DDC96CEA1A6D2C31D40E435DA5140366E47A6AAE166A1DE65DA2DCEA4429045 | 04-18-2021 17:26:39 | Blacked | 06-29-2017 | 07-07-2017 | PA0002070821 |
| 13 | Info Hash: E077B1FF542F9813257F25F80DF621F1EC832879<br>File Hash: EC1E7E13EE38E1591982597045E286D13C2DB055954C0DC58390E0E2C8FB5B21 | 04-18-2021 17:26:07 | Vixen | 09-06-2017 | 09-15-2017 | PA0002052844 |
| 14 | Info Hash: 1824034C43267AA11198E469DBB79B913395F5FE<br>File Hash: 76ACEB0964E0FBDF7535C99F405DC85A8F13DF4C35810F11890C0E5815A50F07 | 03-29-2021 14:52:29 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 15 | Info Hash: 8FFE838B0D45144E7F982179B0433679772F10A9<br>File Hash: 624A54B37C805CB3364DBF562699B1C7D382AE87EF97881B8DE92A8966614612 | 03-29-2021 14:51:15 | Tushy | 03-07-2021 | 03-22-2021 | PA0002282503 |
| 16 | Info Hash: 1CE2DBF84D40D15496186DBFD8E43977A7D93EDE<br>File Hash: 5BBD49965FD004EC746D9A122E3B012B2FCECD8243DCA91A4592927C924A5A3F | 03-29-2021 14:42:10 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |
| 17 | Info Hash: 5C0D8ECA7365BEE319443F580FD34AFAA8ED2835<br>File Hash: C2018683EA9532C6F7C9389AF5BC6D4E6F65B7FE41A5A5370E7EE700531F4920 | 12-16-2020 15:53:15 | Tushy | 06-30-2019 | 07-17-2019 | PA0002188300 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 9D0DD6ED44118B4E55D80196591F7AC42E295976<br>File Hash: 738DDC3A312718766B64BDB17DD2846B5E1715AFBA943EA819CCE5A2066B4BF7 | 07-06-2020 16:34:10 | Vixen | 07-03-2020 | 07-16-2020 | PA0002248578 |
| 19 | Info Hash: EF2C669D22E2B42C035E6131AB66D13DD0D82952<br>File Hash: 0F5E8CB6904F97C4C3BCA128BC2BAC1C269851A9CB76985D5B2C6E5B4BDDB11B | 03-28-2020 16:53:18 | Blacked | 03-21-2020 | 04-15-2020 | PA0002246170 |
| 20 | Info Hash: F69E5AE7861DBA090012A952FE1EEA9F4E756A6B<br>File Hash: 7F6D6439F2B827C2392C979E36AA39D8E94FA79B1A5AFD9FF62DF46C15B6BEB3 | 12-29-2019 03:58:15 | Tushy | 12-22-2019 | 01-22-2020 | PA0002234863 |
| 21 | Info Hash: 5463DF03D918B469190A59518CDCF7E245D6494C<br>File Hash: 99CF4E2A7DE075529D188AE25D2CE7350FBE9326B94D51C982585001266F73B3 | 11-27-2019 16:11:58 | Vixen | 11-25-2019 | 12-09-2019 | PA0002216264 |
| 22 | Info Hash: 16532C1256F1D8936C056A44AAECF4E274B576EB<br>File Hash: A96D177318D1B6E7045F96F5FC80064D60A1D95D1C3D2CB1273B78D2ED349D5D | 10-30-2019 01:01:29 | Blacked Raw | 03-13-2019 | 04-17-2019 | PA0002186977 |
| 23 | Info Hash: DCC7090F05EBD2DC37875FE1A13D14A36BD51D03<br>File Hash: 3977D707F40DA75D1F88C1162CDBD02577ACD638784DA6945470FC3AC360AE53 | 10-30-2019 00:30:57 | Blacked | 10-27-2019 | 11-15-2019 | PA0002211841 |
| 24 | Info Hash: ED5D228423F6688187B1663319514A65E2F5DE14<br>File Hash: 2EEBF3BF6B38D0CCC7D8D23D6C0C586557B0D5E179EBCCE0AA3691A4329D2BC9 | 10-30-2019 00:28:39 | Vixen | 10-26-2019 | 11-05-2019 | PA0002227099 |
| 25 | Info Hash: 5FA59DD2A87C8333BF37865F57F8DD8429250516<br>File Hash: 26D181357D18F58D64D4BC97CD1F8D78F6C4D413F030998D2E921674F15F5796 | 10-02-2019 02:07:22 | Blacked | 03-31-2019 | 05-28-2019 | PA0002200773 |
| 26 | Info Hash: AE22AB5504C05C2B883232F07799C9925A3CBA59<br>File Hash: 81025B6CA1036C3CDECC5B8F12BD52D9D5EE761693724E29890943CE4E12382B | 10-02-2019 00:56:50 | Blacked Raw | 08-10-2019 | 09-11-2019 | PA0002199990 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: C3CB9A98D01F7760055787087BB4C1A385CA30FE<br>File Hash: 20AA6B2148079C221CBA77620584A97322657846981F3A5914193349FBC9E2F5 | 09-29-2019 20:55:56 | Blacked Raw | 09-29-2019 | 10-21-2019 | PA0002207777 |
| 28 | Info Hash: 73A2A94B799E648A0B3BF984EF26B33BDB6D9F3B<br>File Hash: 3A43357A29B98E7B2324EEF0D6C3A5757CB6607382EEDD5ABFAB1839DE1F84DA | 09-21-2019 21:02:38 | Vixen | 09-11-2019 | 09-25-2019 | PA0002203160 |
| 29 | Info Hash: 295342E3BDE60A34C05FE4751AA3DA44678F6896<br>File Hash: 91BF4DDCD6907DA9DCB3A9A849A365AF5E562A854B92E74FBA9EF512759D84B0 | 09-21-2019 20:36:12 | Vixen | 09-21-2019 | 10-01-2019 | PA0002217349 |
| 30 | Info Hash: 34FDB74CF0D5A9ED24C4C0A7632D7C5C0DD4A10B<br>File Hash: 687957B63794780230326924D082C1F054B0ED0FA70D4891292F96B9B488985D | 09-21-2019 20:33:09 | Blacked Raw | 09-19-2019 | 09-25-2019 | PA0002203162 |
| 31 | Info Hash: 4377D001F4E80BB56FC09EEC160D3E44683A7EAF<br>File Hash: DD98AF23D306256E0C8E4D4925F2A17C4E0FCBC11B5EAD6F2D4F1EC3754EE213 | 09-16-2019 22:00:12 | Vixen | 09-16-2019 | 10-01-2019 | PA0002217346 |
| 32 | Info Hash: E683F0F9D186007A2269919B201A6997AE284B76<br>File Hash: 1A3D11C207A9B9819A46E23EACE12C46F903C0B3BA95A9D0A9F39C71C8B26552 | 08-17-2019 02:04:17 | Tushy | 08-14-2019 | 09-17-2019 | PA0002216214 |
| 33 | Info Hash: 6F5B651AD5DDA6D2CA196AAD7EE9CDE939EB6B42<br>File Hash: 62DB69F7796F8346378A80DD662FFBE34994BA815E976BCAE23178FD5BBD5E9E | 07-26-2019 16:02:17 | Blacked | 04-15-2019 | 05-11-2019 | PA0002173886 |
| 34 | Info Hash: B1FE877176D6B0ADC33A5EB57CCE4D0BC08E4C59<br>File Hash: 3AAD91A88727C55253F2F574838428888C68E11268A37CA7A941F7144D108050 | 07-26-2019 15:58:05 | Blacked Raw | 04-27-2019 | 07-05-2019 | PA0002206379 |
| 35 | Info Hash: B9B81CF9CBB5D7F20ABD0C5309DBDA097FB73E8F<br>File Hash: 0849B9D7F5C9F028EE9A411A4BF78ABD002C61F54554764DDDEE9A1D9EBD3E91 | 07-26-2019 15:02:04 | Vixen | 07-23-2019 | 08-27-2019 | PA0002213247 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: D33C4FAAE50EACEBCFF572546A0564E472E1DE9A<br>File Hash: 6F2400663244641539D1C807EFBBF64BA80DC37D027112F81EE9217DDB29CF60 | 07-26-2019 14:52:42 | Blacked | 07-19-2019 | 09-10-2019 | PA0002199415 |
| 37 | Info Hash: 156E9CD40E90496BDB0EAEC3D0B34567DBD603DE<br>File Hash: 4A49CB21213268044A33070B1FB50D99C1025F2043E66C5F8040E27ABBEA4AFA | 07-23-2019 04:51:25 | Vixen | 07-13-2019 | 08-02-2019 | PA0002192302 |
| 38 | Info Hash: 5EB444FE3B29AA0C56A35B327C608B115BA9DB1B<br>File Hash: 6E8E05B0BE611E66575DDA745F409E89CB10B527DA33188E69F188F78C676F8E | 07-05-2019 21:10:30 | Tushy | 12-22-2017 | 01-23-2018 | PA0002101752 |
| 39 | Info Hash: C542D326EE13C9860B8EE438E27E0EB12257FB94<br>File Hash: 842DD7F6893D36DBF41DE757F110D74DAE4F036240C7F9E6A3008868F09FC99B | 06-19-2019 16:56:53 | Vixen | 05-14-2019 | 07-05-2019 | PA0002206408 |
| 40 | Info Hash: E6683078F639AE7A581BCADF96A49BC808143689<br>File Hash: 38205F001C261D5FD79FC2A35134BB96F8E549E9C410643AF6D25CD576A53DA6 | 06-11-2019 17:51:55 | Blacked | 06-04-2019 | 07-17-2019 | PA0002188309 |
| 41 | Info Hash: 3EA0CF9C87288AF48B11486B9BCB9919F16EA731<br>File Hash: D05F38277B77040CF93144BD68F937C4DD0178A11C2E7854351796603140D286 | 06-11-2019 17:35:11 | Tushy | 06-05-2019 | 07-17-2019 | PA0002188310 |
| 42 | Info Hash: C340030059AF08957371330E339FB3AA67E8FFDB<br>File Hash: 6BA96B48297951EA5CD38799CC99EBF61F1A282C5634BBFF3688E1D6989D64C4 | 05-21-2019 20:16:49 | Blacked Raw | 05-17-2019 | 07-05-2019 | PA0002206002 |