UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Case No. 3:21-cv-01931-K |
| JOHN DOE subscriber assigned IP address 75.8.96.200, | § § § § | |
| Defendant. | § § | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 75.8.96.200, are voluntarily dismissed with prejudice.

Dated: October 14, 2021              Respectfully submitted,

By:  */s/ Forrest M. "Teo" Seger III*
**FORREST M. "TEO" SEGER III**
Texas Bar No. 24070587
TSeger@clarkhill.com
**CLARK HILL PLC**
2301 Broadway St.
San Antonio, Texas 78215
(210) 250-6000
(210) 250-6100 (fax)

And

**ANNIE JO JACOBS**
Texas Bar No. 24050812
ajacobs@clarkhill.com
**CLARK HILL PLC**
901 Main St., Suite 6000
Dallas, TX 75202
(214) 651-2157
(214) 659-4071 (fax)

**ATTORNEYS FOR PLAINTIFF,**
**STRIKE 3 HOLDINGS, LLC**